| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |
| Debtor 1 | **Ahmad Wali Mailatyar** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | **Edyta Kamila Mailatyar** | |
| | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA | |
| Case number (if known) | 2:17-bk-13538 | ■ Check if this is an amended filing |

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|---|
| 2.1 | **First Guaranty Mortgage Corporation**<br>Creditor's Name<br><br>**c/o Nathan F. Smith Esq.**<br>**2112 Business Center Drive**<br>**Irvine, CA 92612**<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>■ Check if this claim relates to a community debt<br><br>Date debt was incurred _____ | **Describe the property that secures the claim:**<br><br>**Secured claim on 1221 S Wilson St, Tempe AZ 85281; Property was subject to a quiet title judgment in Maricopa County Superior Court No. CV2013-015412.**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)   **Deed of Trust**<br><br>Last 4 digits of account number _____ | | $52,304.03 | Unknown | Unknown |
| 2.2 | **JPMorgan Chase Bank, N.A.**<br>Creditor's Name<br><br>**P.O. Box 78068**<br>**Phoenix, AZ 85062**<br>Number, Street, City, State & Zip Code<br><br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>■ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | **Describe the property that secures the claim:**<br><br>**2013 Honda CRV 88537 miles**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit | | $8,493.31 | $8,500.00 | $0.00 |

Official Form 106D    Schedule D: Creditors Who Have Claims Secured by Property    page 1 of 4

| Debtor 1 | **Ahmad Wali Mailatyar** | | | Case number (if know) | **2:17-bk-13538** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Edyta Kamila Mailatyar** | | | | |
| | First Name | Middle Name | Last Name | | |

■ **Check if this claim relates to a community debt**  ■ Other (including a right to offset)  **Auto Loan**

**Date debt was incurred**  **02/01/2014**  **Last 4 digits of account number** _____

---

| 2.3 | **Roundpoint Mortgage** | **Describe the property that secures the claim:** | **$230,697.86** | **$349,000.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | **11 East Venado Drive New River, AZ 85087  Maricopa County** | | | |

**5016 Parkway Plaza Blvd**
**Charlotte, NC 28217**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Deed of Trust**

**Date debt was incurred** _____  **Last 4 digits of account number** _____

---

| 2.4 | **Rushmore Loan Management** | **Describe the property that secures the claim:** | **$406,594.52** | **$439,000.00** | **$0.00** |
|---|---|---|---|---|---|
| | Creditor's Name | **7712 East Journey Lane Scottsdale, AZ 85255  Maricopa County** | | | |

**P.O. Box 52708**
**Irvine, CA 92619**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Deed of Trust**

**Date debt was incurred** _____  **Last 4 digits of account number**  **5488**

---

| 2.5 | **TD Auto Finance** | **Describe the property that secures the claim:** | **$19,701.81** | **$18,000.00** | **$1,701.81** |
|---|---|---|---|---|---|
| | Creditor's Name | **2017 Mitsubish Outlander 14298 miles** | | | |

**P.O. Box 16035**
**Lewiston, ME 04243**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

| Debtor 1 | **Ahmad Wali Mailatyar** | | | Case number (if know) | **2:17-bk-13538** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Edyta Kamila Mailatyar** | | | | |
| | First Name | Middle Name | Last Name | | |

■ Check if this claim relates to a community debt   ■ Other (including a right to offset) **Auto Loan**

**Date debt was incurred**  01/11/2016          **Last 4 digits of account number**

---

| 2.6 | **TD Auto Finance** | **Describe the property that secures the claim:** | $20,049.33 | $19,000.00 | $1,049.33 |
|---|---|---|---|---|---|
| | Creditor's Name | **2017 Mitsubish Outlander 4541 miles** | | | |

**P.O. Box 16035
Lewiston, ME 04243**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Auto Loan**

■ Check if this claim relates to a community debt

**Date debt was incurred**  05/27/17          **Last 4 digits of account number**

---

| 2.7 | **Timothy R. Wright** | **Describe the property that secures the claim:** | $262,295.56 | $439,000.00 | $229,890.08 |
|---|---|---|---|---|---|
| | Creditor's Name | **7712 East Journey Lane Scottsdale, AZ 85255  Maricopa County** | | | |

**c/o Quarles & Brady LLP, Isaac Gabriel
Two North Central Avenue
Phoenix, AZ 85004**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset)

■ Check if this claim relates to a community debt

**Date debt was incurred**  06/07/17          **Last 4 digits of account number**  5412

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,000,136.42 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,000,136.42 |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐
Name, Number, Street, City, State & Zip Code
**Rushmore Loan Management
P.O. Box 52708
Irvine, CA 92619**

On which line in Part 1 did you enter the creditor?  **2.4**

Last 4 digits of account number ___

---

| Debtor 1 | **Ahmad Wali Mailatyar** | | | Case number (if know) | **2:17-bk-13538** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |
| Debtor 2 | **Edyta Kamila Mailatyar** | | | | |
| | First Name | Middle Name | Last Name | | |