John R. Clemency (Bar No. 009646)
Janel M. Glynn (Bar No. 025497)
**POLSINELLI PC**
CityScape
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jclemency@polsinelli.com
E-Mail: jglynn@polsinelli.com
*Attorneys for the Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT

## THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>AHMAD WALI MAILATYAR and EDYTA KAMILA MAILATYAR<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:17-bk-13538-DPC |

### NOTICE OF LIMITED APPEARANCE

PLEASE TAKE NOTICE that the undersigned, John R. Clemency and Janel M. Glynn of the law firm Polsinelli PC, hereby enter their appearance as counsel of record in the above-captioned case on behalf of Ahmad Wali Mailatyar and Edyta Kamila Mailatyar (the "Debtors") for purposes of filing a motion to convert this case from a case under Chapter 11 to a Case under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") only,[1] and hereby request that all notices given or required to be given in the above-captioned case, and all papers served or required to be served in this bankruptcy action, be given and served upon:

John R. Clemency, Esq.
Janel M. Glynn, Esq.
POLSINELLI PC
One East Washington St., Suite 1200
Phoenix, Arizona 85004
jclemency@polsinelli.com
jglynn@polsinelli.com

---

[1] Polsinelli PC is not seeking employment as counsel for the Debtors' Chapter 11 bankruptcy estates.

This request encompasses all notices, copies and pleadings referred to in the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, including, without limitation, notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affects or seeks to affect the Debtors.

RESPECTFULLY SUBMITTED this 11th day of September, 2018.

POLSINELLI PC

By: */s/ Janel M. Glynn*
    John R. Clemency
    Janel M. Glynn
    *Attorneys for Debtors*

COPIES of the foregoing sent
via e-mail and/or U.S. Mail this
11th day of September,
2018, to the following:

Isaac M. Gabriel
Molly J. Kjartanson
QUARLES & BRADY LLP
Renaissance one
Two North Central Avenue
Phoenix, AZ 85004
Isaac.gabriel@quarles.com
Molly.kjartanson@quarles.com
*Attorneys for Timothy R. Wright*

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Ustpregion14.px.ecf@usdoj.gov

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541
claims@recoverycorp.com

| | |
|---|---|
| 1 | James E. Shively |
| 2 | BALL, SANTIN & McLERAN, PLC<br>2999 N. 44th Street, Suite 500 |
| 3 | Phoenix, AZ 85018<br>shively@bsmplc.com |
| 4 | *Attorney for TD Auto Finance LLC* |
| 5 | Michelle R. Ghidotti-Gonsalves<br>LAW OFFICES OF MICHELLE GHIDOTTI |
| 6 | 5120 E. LaPalma Avenue, Suite 206<br>Anaheim Hills, CA 92807 |
| 7 | mghidotti@ghidottilaw.com<br>*Attorneys for Forethought Life Insurance Company* |
| 8 | |
| 9 | Jared G. Parker<br>Lawrence D. Hirsch |
| 10 | PARKER SCHWARTZ, PLLC<br>7310 N. 16th Street, Suite 330 |
| 11 | Phoenix, AZ 85020<br>jparker@psazlaw.com |
| 12 | lhirsch@pszlaw.com<br>*Attorneys for Parker Schwartz, PLLC* |
| 13 | |
| 14 | Janet M. Spears<br>ALDRIDGE PITE, LP |
| 15 | 4375 Jutland Drive, Suite 200<br>P.O. Box 17933 |
| 16 | San Diego, CA 92177-0933<br>ecfazb@aldridgepite.com |
| 17 | *Attorneys for JPMorgan Chase Bank, N.A.* |
| 18 | First Guaranty Mortgage Corporation |
| 19 | c/o Roundpont Mortgage Servicing Corp.<br>5016 Parkway Plaza Blvd., Suite 200 |
| 20 | Charlotte, NC 28217-1930 |
| 21 | Roundpoint Mortgage |
| 22 | 5016 Parkway Plaza Blvd., Suite 200<br>Charlotte, NC 28217-1930 |
| 23 | |
| 24 | Rushmore Loan Management<br>P.O. Box 52708 |
| 25 | Irvine, CA 92619-2708 |
| 26 | */s/ Angela Renteria* |
| 27 | |
| 28 | |