John R. Clemency (Bar No. 009646)
Janel M. Glynn (Bar No. 025497)
**POLSINELLI PC**
CityScape
One East Washington St., Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 650-2000
Facsimile: (602) 264-7033
E-Mail: jclemency@polsinelli.com
E-Mail: jglynn@polsinelli.com
*Attorneys for the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT**

**THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>AHMAD WALI MAILATYAR and EDYTA KAMILA MAILATYAR<br><br>Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:17-bk-13538-DPC<br><br>**NOTICE OF FILING MOTION FOR VOLUNTARY DISMISSAL OF DEBTORS' CHAPTER 11 BANKRUPTCY CASES AND OPPORTUNITY TO OBJECT** |

NOTICE IS HEREBY PROVIDED THAT:

1. Ahmad Wali Mailatyar and Edyta Kamila Mailatyar (the "Debtors"), the debtors and debtors-in-possession in the above-captioned Chapter 11 bankruptcy case (the "Bankruptcy Case"), filed the *Motion For Voluntary Dismissal Of Debtors' Chapter 11 Bankruptcy Cases* (the "Motion") which seeks dismissal of their Chapter 11 bankruptcy cases pursuant to 11 U.S.C. § 1112(b).

2. Any objection to the Motion must be in writing, filed with the Court, and served on the Debtors all within 21 days of the date of this Notice (plus 3 days mail time).

3. IF NO OBJECTIONS ARE TIMELY FILED AND SERVED AS PROVIDED ABOVE, THE COURT MAY GRANT THE MOTION WITHOUT

FURTHER NOTICE OR HEARING. IF A TIMELY OBJECTION IS FILED, THE DEBTORS WILL REQUEST A HEARING REGARDING THE MOTION.

RESPECTFULLY SUBMITTED this 2nd day of October, 2018.

POLSINELLI PC

By: */s/ Janel M. Glynn*
 John R. Clemency
 Janel M. Glynn
 *Attorneys for Debtors*

COPIES of the foregoing sent
via e-mail and/or U.S. Mail this
2nd day of October,
2018, to the following:

Isaac M. Gabriel
Molly J. Kjartanson
QUARLES & BRADY LLP
Renaissance one
Two North Central Avenue
Phoenix, AZ 85004
Isaac.gabriel@quarles.com
Molly.kjartanson@quarles.com
*Attorneys for Timothy R. Wright*

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Ustpregion14.px.ecf@usdoj.gov

Synchrony Bank
c/o PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541
claims@recoverycorp.com

James E. Shively
BALL, SANTIN & McLERAN, PLC
2999 N. 44th Street, Suite 500
Phoenix, AZ 85018
shively@bsmplc.com
*Attorney for TD Auto Finance LLC*
Michelle R. Ghidotti-Gonsalves

| | |
|---|---|
| 1 | LAW OFFICES OF MICHELLE GHIDOTTI |
| 2 | 5120 E. LaPalma Avenue, Suite 206 |
|   | Anaheim Hills, CA 92807 |
| 3 | mghidotti@ghidottilaw.com |
|   | *Attorneys for Forethought Life Insurance Company* |
| 4 | |
| 5 | Jared G. Parker |
|   | Lawrence D. Hirsch |
| 6 | PARKER SCHWARTZ, PLLC |
| 7 | 7310 N. 16th Street, Suite 330 |
|   | Phoenix, AZ 85020 |
| 8 | jparker@psazlaw.com |
|   | lhirsch@pszlaw.com |
| 9 | *Attorneys for Parker Schwartz, PLLC* |
| 10 | |
|    | Janet M. Spears |
| 11 | ALDRIDGE PITE, LP |
|    | 4375 Jutland Drive, Suite 200 |
| 12 | P.O. Box 17933 |
| 13 | San Diego, CA 92177-0933 |
|    | ecfazb@aldridgepite.com |
| 14 | *Attorneys for JPMorgan Chase Bank, N.A.* |
| 15 | |
|    | First Guaranty Mortgage Corporation |
| 16 | c/o Roundpont Mortgage Servicing Corp. |
|    | 5016 Parkway Plaza Blvd., Suite 200 |
| 17 | Charlotte, NC 28217-1930 |
| 18 | |
|    | Roundpoint Mortgage |
| 19 | 5016 Parkway Plaza Blvd., Suite 200 |
|    | Charlotte, NC 28217-1930 |
| 20 | |
| 21 | Rushmore Loan Management |
|    | P.O. Box 52708 |
| 22 | Irvine, CA 92619-2708 |
| 23 | |
| 24 | */s/ Angela Renteria* |
| 25 | |
| 26 | |
| 27 | |
| 28 | |