Edyta and Wali Mailatyar
7712 E. Journey Lane
Scottsdale, AZ 85255
Telephone: (480) 529-0746
Facsimile: (480) 323-2440
E-Mail: kamila_is@yahoo.com
*The Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT

# THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>WALI MAILATYAR and EDYTA KAMILA MAILATYAR<br><br>Debtors.<br><br>vs.<br><br>TIMOTHY R. WRIGHT, an individual,<br><br>Creditor, | Chapter 7 Proceedings<br><br>Case No. 2:17-bk-13538-DPC<br><br>**Adversary No. 2:18-ap-00259-DPC**<br><br>**REQUEST FOR HEARING NOTICE OF ENFORCING HOMESTEAD EXEMPTION**<br><br>**7712 E. JOURNEY LANE SCOTTSDALE, AZ 85255** |

Edyta Kamila Mailatyar and Wali Mailatyar "Debtors" in the above-captioned adversary proceeding, respectfully request for a Hearing to enforce the homestead exception that was granted by this Honorable Court on August 8, 2018.

On August 8, 2018 this Honorable Court granted homestead exemption in the residence at 7712 E. Journey Lane, Scottsdale, Arizona 85255. The Creditor in this matter without regards to this Honorable Courts decision auctioned the residence without applying the homestead exemption and thus has violated the court order.

WHEREFORE, Petitioner requests that this Honorable Court grant the request for a hearing on this matter.

RESPECTEDFULLY SUBMITTED this 18th day of March 2020

Edyta Kamila Mailatyar and Wali Mailatyar
7712 E. Journey Lane
Scottsdale, AZ 85255

By _Edyta O Maila__
Debtors

COPIES of the foregoing sent via first-class mail
this 18th day of March 2020, to:

Isaac M. Gabriel
Molly J. Kjartanson
Quarles and Brady LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004
Isaac.gabriel@quarles.com
molly.kjartanson@quarles.com
*Attorneys for Timothy R. Wright*

Edward J. Maney
101 N. First Avenue, Suite 1775
Phoenix, AZ 85003
E-mail: office@maney13trustee.com

Mark J. Giunta
Law Office of Mark J. Giunta
531 E. Thomas Road, Suite 200
Phoenix, AZ 85012
Email: markgiunta@giuntalaw.com

Office of the U.S. Trustee
230 N. First Avenue, Suite 204
Phoenix, AZ 85003
Email: ustpregion14.px.ecf@usdoj.gov

Michelle R. Ghidotti-Gonsalves
Law Offices of Michelle R. Ghidotti
5120 E. La Palma Avenue, Suite 206
Anaheim Hills, CA 92807
Email: mghidotti@ghidottilaw.com
Attorneys for Forethought Life Insurance Company

Chester & Shien PC
6720 N. Scottsdale Rd, #261
Scottsdale, AZ 85253

Jared G. Parker
Lawrence D. Hirsch
Parker Schwartz, PLLC
7310 N. 16th Street, Suite 330
Phoenix, Arizona 85020
Email: jparker@psazlaw.com
Email: lhirsch@psazlaw.com
Attorneys for Parker Schwartz, PLLC

Forethought Life Ins. Co.
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-5004

Rushmore Loan Management
P.O. Box 52708
Irvine, CA 92619-2708

Sallie Mae
P.O. Box 740351
Atlanta, GA 30374-0351